# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-0596
LT Case Nos. 2023-CA-000839
2023-CP-000160

———————————————————

DUSTIN BENNETT and the
ESTATE OF JOSEPH CAROLS
ARRUDA,

    Appellants,

    v.

NATALIA SCARPETTI, JOHN
ARRUDA and KELLY HELD-
ARRUDA

    Appellees.

———————————————————

On appeal from the Circuit Court for Citrus County.
Caroline Anne Falvey, Judge.

Joseph A. Davidow, of Willis & Davidow, LLC, Naples, for
Appellant, Dustin Bennett.

No Appearance for Appellant, Estate of Joseph Carlos Arruda.

Robert Morris and Crystal Eiffert, of Eiffert & Associates, P.A.,
Orlando, and Chad A. Barr, of Law Office of Chad A. Barr, P.A.,
Altamonte Springs, for Appellees.

August 4, 2026

PER CURIAM.

AFFIRMED.

WALLIS, KILBANE, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____